**Order issued March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00308-CR
No. 05-13-00310-CR

**JAMES EDWARD TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Moseley, Francis, and Lang

Based on the Court's opinion of this date, we **GRANT** the November 26, 2013 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to James Edward Turner, TDCJ #1847732, Allred Unit, 2101 FM 369 North, Iowa Park, Texas, 76367.

/Molly Francis/
MOLLY FRANCIS
JUSTICE